■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD C. PIAZZA, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Memorandum: Defendant bore the burden of establishing, by a preponderance of the evidence, that he lacked criminal responsibility by reason of mental disease or defect *(see,* Penal Law § 40.15; *People v Kohl,* 72 NY2d 191). In rejecting the affirmative defense, the jury was entitled to rely on the presumption of sanity *(see, People v Kohl, supra,* at 199) and on the evidence of defendant's rational and deliberate conduct *(see, People v Moss,* 179 AD2d 271).

The court did not abuse its discretion in imposing consecu-

tive sentences. The crimes were separate and distinct acts (Penal Law § 70.25 [2]; *People v Brathwaite,* 63 NY2d 839, 842-843). (Appeal from Judgment of Supreme Court, Onondaga County, Gorman, J.—Assault, 2nd Degree.) Present—Callahan, J. P., Green, Lawton, Boehm and Davis, JJ.